IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRY LEE ROBINSON,** | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION NO.: 13-00143-KD-M |
| **WARDEN MYERS,** | : | |
| Respondent. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 27, 2013 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is hereby **TRANSFERRED** to the United States District Court for the Middle District of Alabama for further proceedings.

**DONE** and **ORDERED** this the **17**th day of **April 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**